**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 30, 2023

_____

RESPONSE REQUESTED

_____

No.    22-2034,          <u>John and Jane Parents 1 v. Montgomery County Board</u>
                         <u>of Education</u>
                         8:20-cv-03552-PWG


TO:    Brenda Wolff
       Shebra L. Evans
       Judith Docca
       Montgomery County Board of Education
       Scott  Joftus
       Karla  Silvestre
       Rebecca Smondrowski
       Lynne  Harris
       Monifa B. McKnight

RESPONSE DUE: 09/06/2023

Response is required to the motion to stay the mandate on or before 09/06/2023.

Rickie Edwards, Deputy Clerk
804-916-2702