# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 5, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  John and Jane Parents 1, et al.
            v. Montgomery County Board of Education, et al.
           No. 23-601
           (Your No. 22-2034)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 13, 2023 and placed on the docket December 5, 2023 as No. 23-601.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst